UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CECILIA FRAZIER, | ) | |
| Plaintiff, | ) | Case No. CV 07-1199 AJW |
| v. | ) | J U D G M E N T |
| LINDA S. McMAHON,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

DATED: May 28, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge